# AFFIDAVIT OF SERVICE

| Case: 21-CV-6055 | Court: United States District Court | County: | Job: 6328692 (2021-1645) |
|---|---|---|---|
| Plaintiff / Petitioner: CHARMING BEATS LLC, | | Defendant / Respondent: ALTICOR INC. and SIGNATURE TRACKS LLC | |
| Received by: Rush Intel Services | | For: GARBARINI FITZGERALD P.C. | |
| To be served upon: SIGNATURE TRACKS LLC | | | |

I, Sterling Holt, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** SIGNATURE TRACKS LLC C/O Adam Malka, 3488 Ashwood Ave, Los Angeles, CA 90066
**Manner of Service:** Personal/Individual, Nov 5, 2021, 1:56 pm PDT
**Documents:** Summons, Complaint and Jury demand for damages

**Additional Comments:**
1) Successful Attempt: Nov 5, 2021, 1:56 pm PDT at 3488 Ashwood Ave, Los Angeles, CA 90066 received by SIGNATURE TRACKS LLC C/O Adam Malka.

**Fees:** $79.00

*(signature)* 11/08/2021

Sterling Holt                     Date
PI 188865

Rush Intel Services
254 N lake Ave Suite 124
PASADENA, CA 91101
626-385-8662